IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3044 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSH BAKER, | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

In Judge Piester's absence,

IT IS ORDERED that the motion for pretrial release (filing 62) will be taken up before me on Thursday, June 18, 2009, at 11:30 a.m. Prior to that date, counsel for defendant and counsel for the government shall confer with the pretrial services officer and attempt to reach agreement on the conditions of release. If agreement can be reached, they shall notify the courtroom deputy so that she may prepare a release order for consideration at the time set forth above. The Clerk shall provide a copy of this document to the pretrial services office and the United States Marshals Service. The defendant shall be present at the hearing described above.

DATED this 12th day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge